FILED
2011 Feb-13  PM 04:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## JASPER DIVISION

| | |
|---|---|
| **Carlos Gomez,** | )**Case No.: 6:11-cv-00410-LSC** |
| **Plaintiff,** | ) |
| **vs.** | ) |
| **Joann Abrams,** | )**REQUEST FOR SERVICE BY** |
| **Defendant.** | )**CERTIFIED MAIL** |
| | ) |
| | ) |
| | ) |

Please serve the defendant(s):

    Joann Abrams
    1107 20th Street W
    Jasper AL 35501

by certified mail pursuant to Alabama Rules of Civil Procedure 4(i)(2) and Federal

Rules of Civil Procedure 4(e)(1).

Respectfully submitted this 13th day of February, 2011.


    /s/ Kira Fonteneau
    Kira Fonteneau ASB-7338-K58F
    The Fonteneau Firm, LLC
    1933 Richard Arrington Jr. Blvd S, Ste 223
    Birmingham, AL 35209-1255
    E-Mail kira@kirafonteneau.com
    T: 205-533-9202 F: 866-730-142